**Charles Lee MITTER, Petitioner— Appellant,**

v.

**Thomas McBRIDE, Warden, Respondent—Appellee.**

No. 06–6631.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 15, 2007.

Decided: Feb. 21, 2007.

Charles Lee Mitter, Appellant Pro Se. Dawn Ellen Warfield, Office of the Attorney General of West Virginia, Charleston, West Virginia, for Appellee.

Before NIEMEYER, KING, and DUNCAN, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles Lee Mitter seeks to appeal the district court's order adopting the recommendation of the magistrate judge and denying his motion to hold his 28 U.S.C. § 2254 (2000) petition in abeyance. This court may exercise jurisdiction only over

final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Mitter seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*